# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3462

_____

Geralynn A. Barner,

*Plaintiff - Appellant,*

v.

United States Department of Energy,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 16, 2015
Filed: June 22, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Geralynn Barner appeals after the district court[1] dismissed for lack of subject matter jurisdiction her pro se action under the Federal Tort Claims Act. Upon careful

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

de novo review, *see Green Acres Enters., Inc. v. United States*, 418 F.3d 852, 856 (8th Cir. 2005); *see also FDIC v. Meyer*, 510 U.S. 471, 475 (1994), we conclude that the dismissal was proper, *see* 42 U.S.C. § 7385c; *United States v. Demko*, 385 U.S. 149, 151 (1966); *Alexander v. United States*, 500 F.2d 1, 2-3 (8th Cir. 1974); *cf. Woerth v. United States*, 714 F.2d 648, 650 (6th Cir. 1983). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____